# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY BROBST, | Case No.: 2:18-cv-00869-JCM-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| CREEL PRINTING, | |
| Defendant(s). | |

Pending before the Court is a stipulation to continue the early neutral evaluation, Docket No. 11, which is **GRANTED**. The early neutral evaluation is **CONTINUED** to 9:30 a.m. on September 25, 2018. The parties' statements shall be submitted no later than September 18, 2018. All other aspects of the Court's order at Docket No. 7 continue to govern.

IT IS SO ORDERED.

Dated: July 27, 2018

Nancy J. Koppe
United States Magistrate Judge