# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY BROBST,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CREEL PRINTING,<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-00869-JCM-VCF<br><br>**Notice** |

The Court held an early neutral evaluation at which the parties reached a settlement. The Court issues this separate notice to Plaintiff's counsel that she is expected to appear on time in the future and to prepare an early neutral evaluation statement that fully complies with the Court's order. *See* Docket No. 7 (requiring, *inter alia*, the initial settlement proposal to be included).

IT IS SO ORDERED.

Dated: September 25, 2018

　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　United States Magistrate Judge